| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:93-CR-156 (S-8)-06 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Hasal Thompson<br>13803 Fairway Island Drive<br>Orlando, FL 32839 | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Edward R. Korman | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/21/06 — TO 1/20/11 |

RECEIVED JUL 05 2007 U.S. PROBATION OFFICE ORLANDO, FL 32801

**OFFENSE**

Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. 846, 841(b)(1)(A), and 841(b)(1)(B)

Distribution of Cocaine, in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(A)

A TRUE COPY ATTEST
DATE May 30, 2007
ROBERT C. HEINEMANN
CLERK
BY: [signature] Fide Abdellah
DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___NEW YORK___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/24/07
_____Date_____

s/Edward R. Korman
_____United States District Judge_____

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT OF ___FLORIDA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 28 2007 ★
BROOKLYN OFFICE

7/3/07
_____Effective Date_____

[signature]
_____United States District Judge_____

SCANNED